UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| Colby Perkins and Natalie Perkins,<br><br>                    Plaintiff,<br><br>– against–<br><br>Synchrony Bank and Equifax Information Services LLC,<br><br>                    Defendant(s). | Case No. 2:20-cv-04998-SDM<br>Judge Morrison<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC** |

      Plaintiffs Colby/Natalie Perkins and Defendant Equifax Information Services LLC (Equifax) respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing settlement documents. The parties intend to file the Stipulated Dismissal as soon as practicable, but respectfully request that the parties be given 60 days to file the said Stipulated Dismissal.

      This settlement is only between Plaintiff and Defendant Equifax. The dispute between Plaintiff and Defendant Synchrony Bank has not yet settled.

**Law Offices of Robert S. Gitmeid & Associates, PLLC**

By: /s/ Thomas G. Widman
Thomas G. Widman
*Attorneys for Plaintiff*

**Carpenter Lipps & Leland LLP**

By: /s/ Tyler K. Ibom
Tyler K. Ibom
*Attorneys for Defendant Equifax Information Services LLC*