UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| Colby Perkins and Natalie Perkins,<br><br>       Plaintiff,<br><br> – against–<br><br>Synchrony Bank and Equifax Information Services LLC,<br><br>       Defendant(s). | Case No. 2:20-cv-04998-SDM<br>Judge Morrison<br><br>**NOTICE OF DISMISSAL AS TO DEFENDANT SYNCHRONY BANK** |

 Plaintiff Colby Perkins and Natalie Perkins hereby gives notice to the court and the parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), that this Complaint is dismissed as it relates to defendant Synchrony Bank only, at Plaintiff's cost.

        **Law Offices of Robert S. Gitmeid & Associates, PLLC**

        By: /s/ Thomas G. Widman
        Thomas G. Widman, Esq. (Bar No. 0059259)
        30 Wall Street, 8th Floor #741
        New York, NY 10005
        Tel: (866) 249-1137
        E-mail: thomas.w@gitmeidlaw.com
        *Attorneys for Plaintiff*