# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**COLBY PERKINS,** *et al.***,**

        **Plaintiffs,**  :

  v.

**SYNCHRONY BANK,** *et al.***,**  :

        **Defendants.**

Case No. 2:20-cv-4998
Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura

## <u>ORDER</u>

This matter is before the Court for consideration of Plaintiffs' Colby and Natalie Perkinses' Notice of Dismissal as to Defendant Synchrony Bank. (ECF No. 15.) The Sixth Circuit has interpreted Federal Rule of Civil Procedure 41(a) as permitting a plaintiff to dismiss an entire controversy, but no less. *Philip Carey Mfg. Co. v. Taylor*, 286 F.2d 782, 785 (6th Cir. 1961). The Court therefore construes the Perkinses' Notice as a motion to drop Synchrony Bank under Federal Rule of Civil Procedure 21. *See Hirst v. Verizon Wireless Svcs., LLC*, No. 5:18-cv-589-JMH, 2019 WL 1102201, at *2 (E.D. Ky. Mar. 8, 2019). The Perkinses' Motion is **GRANTED**.

    IT IS SO ORDERED.

          /s/ Sarah D. Morrison
          **SARAH D. MORRISON**
          **UNITED STATES DISTRICT JUDGE**