# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| Colby Perkins and Natalie Perkins,<br><br>　　　　　　　Plaintiffs,<br><br>　– against–<br><br>Synchrony Bank and Equifax Information Services LLC,<br><br>　　　　　　　Defendants. | Case No. 2:20-cv-04998<br><br>Judge Sarah D. Morrison<br><br>Magistrate Judge Chelsey M. Vascura<br><br>**ORDER** |

Upon consideration of the Notice of Status of Settlement and Request for Extension (ECF No. 19) jointly filed by Plaintiffs and Defendant Equifax Information Services, LLC, it is hereby **ORDERED** that the parties are directed to file a joint written report detailing the status of this case on or before March 15, 2021, unless they have filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A) in the interim.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　*/s/ Chelsey M. Vascura*
　　　　　　　　　　　　　　　　　　　　CHELSEY M. VASCURA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE